**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SANDTON DESIGNS, INC.        § Case No. 05-02829-BWB
                                     §
                                     §
Debtor(s)                            §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 28, 2005. The undersigned trustee was appointed on January 28, 2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $       173,173.55

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 43,595.41 |
   | Bank service fees | 805.99 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]  $ | 128,772.15 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/22/2005 and the deadline for filing governmental claims was 07/27/2005. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,908.68. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $11,908.68, for a total compensation of $11,908.68.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $14.00, for total expenses of $14.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/26/2011          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-02829-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** SANDTON DESIGNS, INC.  **Filed (f) or Converted (c):** 01/28/05 (f)
**§341(a) Meeting Date:** 03/16/05
**Period Ending:** 10/26/11  **Claims Bar Date:** 06/22/05

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 50% CLINT EAGER - 50% MIKI SON | 0.00 | 0.00 | | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE | 500,000.00 | 500,000.00 | | 122,886.85 | FA |
| 3 | OFFICE EQUIPMENT | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 4 | MISCELLANEOUS INVENTORY | 50,000.00 | 50,000.00 | DA | 0.00 | FA |
| 5 | POSSIBLE PREFERENCES (u) | 2,000,000.00 | 2,000,000.00 | | 43,409.12 | FA |
| 6 | JUDGMENT AGAINST MIKI SON (u) | 140,020.08 | 140,020.08 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6,877.58 | Unknown |
| 7 | Assets   Totals (Excluding unknown values) | **$2,695,020.08** | **$2,695,020.08** | | **$173,173.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

FILED FRAUDULENT CONVEYANCE AGAINST MIKI SON; PREFERENCES AGAINST DAIMLER CHRYSLER, DAUGHTRY/BERNAYS, REED EXSEVIER AND ORION CREATIONS
FRAUDULENT CONVEYANCE PENDING AGAINST MIKI SON
JUDGMENT ENTERED AGAINST MIKI SON; MIKI SON FILED CHAPTER 7; 341 MEETING SET FOR JANUARY 24, 2008; MIKI SON TRUSTEE ATTEMPTING TO COLLECT ASSETS

**Initial Projected Date Of Final Report (TFR):**   December 31, 2005   **Current Projected Date Of Final Report (TFR):**   December 31, 2012

Printed: 10/26/2011 12:05 PM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case Number:** 05-02829-BWB | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** SANDTON DESIGNS, INC. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | **Account:** | ***-*****77-19 - Time Deposit Account |
| **Taxpayer ID #:** **-***1410 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** 10/26/11 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 10/05/05 | | FUNDING ACCOUNT: ********7765 | | 9999-000 | 115,000.00 | | 115,000.00 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 89.35 | | 115,089.35 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 99.37 | | 115,188.72 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 102.77 | | 115,291.49 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 102.86 | | 115,394.35 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 92.98 | | 115,487.33 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 103.03 | | 115,590.36 |
| 04/05/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 13.30 | | 115,603.66 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 106.31 | | 115,709.97 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 127.82 | | 115,837.79 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 123.84 | | 115,961.63 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 128.10 | | 116,089.73 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 128.24 | | 116,217.97 |
| 10/04/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 136.67 | | 116,354.64 |
| 04/02/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 892.79 | | 117,247.43 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 841.39 | | 118,088.82 |
| 03/27/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 919.97 | | 119,008.79 |
| 09/23/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 562.65 | | 119,571.44 |
| 03/23/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 445.53 | | 120,016.97 |
| 03/23/09 | | CHASE BANK | TRANSFER FUNDS TO PAY INTERIM FEES TO TRUSTEE'S COUNSEL PER ORDER 3/20/09 | 9999-000 | | 40,000.00 | 80,016.97 |
| 06/22/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 39.91 | | 80,056.88 |
| 09/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 39.93 | | 80,096.81 |
| 10/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 13.17 | | 80,109.98 |
| 11/20/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.58 | | 80,116.56 |
| 12/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.21 | | 80,126.77 |
| 01/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 13.17 | | 80,139.94 |
| 02/19/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.88 | | 80,149.82 |
| 03/22/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.22 | | 80,160.04 |
| 04/21/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.88 | | 80,169.92 |
| 04/23/10 | | Transfer out to account ********7766 | Transfer out to account ********7766 | 9999-000 | -80,169.92 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 40,000.00 | 40,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 34,830.08 | 40,000.00 | |
| | | | **Subtotal** | | **5,169.92** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,169.92** | **$0.00** | |

{} Asset reference(s)

Printed: 10/26/2011 12:05 PM   V.12.57

Exhibit B

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-02829-BWB  
**Case Name:** SANDTON DESIGNS, INC.  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****77-20 - Time Deposit Account  

**Taxpayer ID #:** **-***1410  
**Period Ending:** 10/26/11  

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/06 |  | FUNDING ACCOUNT: ********7765 |  | 9999-000 | 30,000.00 |  | 30,000.00 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 22.20 |  | 30,022.20 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 38.27 |  | 30,060.47 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 38.32 |  | 30,098.79 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 35.89 |  | 30,134.68 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 38.42 |  | 30,173.10 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 37.22 |  | 30,210.32 |
| 12/12/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 14.90 |  | 30,225.22 |
| 01/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 41.78 |  | 30,267.00 |
| 02/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 39.87 |  | 30,306.87 |
| 03/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 36.06 |  | 30,342.93 |
| 04/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 39.97 |  | 30,382.90 |
| 05/14/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 38.73 |  | 30,421.63 |
| 06/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 40.07 |  | 30,461.70 |
| 07/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 34.46 |  | 30,496.16 |
| 08/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 37.58 |  | 30,533.74 |
| 09/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 37.63 |  | 30,571.37 |
| 10/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 36.45 |  | 30,607.82 |
| 11/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 37.72 |  | 30,645.54 |
| 12/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 36.54 |  | 30,682.08 |
| 06/09/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2800% | 1270-000 | 194.29 |  | 30,876.37 |
| 12/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6700% | 1270-000 | 102.18 |  | 30,978.55 |
| 06/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 63.55 |  | 31,042.10 |
| 07/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.83 |  | 31,045.93 |
| 08/07/09 | Int | JP MORGAN CHASE BANK | Interest Earned | 1270-000 | 3.83 |  | 31,049.76 |
| 09/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.08 |  | 31,053.84 |
| 10/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.83 |  | 31,057.67 |
| 11/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.09 |  | 31,061.76 |
| 12/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.82 |  | 31,065.58 |
| 01/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.84 |  | 31,069.42 |
| 02/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.95 |  | 31,073.37 |
| 03/10/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.83 |  | 31,077.20 |
| 04/09/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.84 |  | 31,081.04 |
| 05/10/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.96 |  | 31,085.00 |
| 05/11/10 |  | Transfer out to account ********7766 | Transfer out to account ********7766 | 9999-000 | -31,085.00 |  | 0.00 |

Subtotals :    $0.00    $0.00

{} Asset reference(s)                                              Printed: 10/26/2011 12:05 PM    V.12.57

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-02829-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | SANDTON DESIGNS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****77-20 - Time Deposit Account |
| Taxpayer ID #: | **-***1410 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/26/11 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -1,085.00 | 0.00 | |
| | | | **Subtotal** | | **1,085.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,085.00** | **$0.00** | |

{} Asset reference(s)

Printed: 10/26/2011 12:05 PM   V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-02829-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | SANDTON DESIGNS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****77-65 - Money Market Account |
| Taxpayer ID #: | **-***1410 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/26/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/05 | {2} | SANDTON DESIGNS, INC. | ACCOUNTS RECEIVABLE FROM HARRIS BANK | 1121-000 | 99,254.87 | | 99,254.87 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 18.75 | | 99,273.62 |
| 03/15/05 | {2} | STEIN MART | ACCOUNT RECEIVABLE | 1121-000 | 105.00 | | 99,378.62 |
| 03/15/05 | {2} | STEIN MART | ACCOUNT RECEIVABLE | 1121-000 | 172.00 | | 99,550.62 |
| 03/15/05 | {2} | STEIN MART | ACCOUNT RECEIVABLE | 1121-000 | 26.00 | | 99,576.62 |
| 03/15/05 | {2} | THEO'S MARKETPLACE, INC. | ACCOUNT RECEIVABLE | 1121-000 | 191.90 | | 99,768.52 |
| 03/15/05 | {2} | LYON COLLECTION SERVICES, INC. | ACCOUNT RECEIVABLE | 1121-000 | 517.06 | | 100,285.58 |
| 03/15/05 | {2} | HILL COUNTRY FURNITURE PARTNERS, LTD. | ACCOUNT RECEIVABLE | 1121-000 | 105.59 | | 100,391.17 |
| 03/15/05 | {2} | FLORAL SUPPLY MART, INC. | ACCOUNT RECEIVABLE | 1121-000 | 1,852.97 | | 102,244.14 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 29.94 | | 102,274.08 |
| 04/19/05 | {2} | CEI | A/R | 1121-000 | 542.58 | | 102,816.66 |
| 04/19/05 | {2} | LYON COLLECTION SERVICES, INC. | A/R | 1121-000 | 300.00 | | 103,116.66 |
| 04/19/05 | {2} | TREES N TRENDS, INC. | A/R | 1121-000 | 19,818.88 | | 122,935.54 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 31.41 | | 122,966.95 |
| 05/19/05 | 1001 | EUNICE SACHS & ASSOCIATES | DEPOSITION TRANSCRIPT OF CLINT EGAN | 2990-000 | | 690.70 | 122,276.25 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 36.51 | | 122,312.76 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 39.05 | | 122,351.81 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 42.41 | | 122,394.22 |
| 08/25/05 | 1002 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT OF ADVERSARY FILING FEES (ELECTRONICALLY) | 2700-000 | | 300.00 | 122,094.22 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 46.78 | | 122,141.00 |
| 09/22/05 | 1003 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT FOR ADVERSARY FILING FEE | 2700-000 | | 250.00 | 121,891.00 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 48.03 | | 121,939.03 |
| 10/05/05 | | ACCOUNT FUNDED: ********7719 | | 9999-000 | | 115,000.00 | 6,939.03 |
| 10/20/05 | 1004 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT FOR TWO (2) ADVERSARY FILING FEES | 2700-000 | | 500.00 | 6,439.03 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 9.26 | | 6,448.29 |
| 11/14/05 | 1005 | EUNICE SACHS & ASSOCIATES | DEPOSITION OF DEBBIE POULOPOULOS | 2990-000 | | 511.38 | 5,936.91 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 2.85 | | 5,939.76 |
| 12/01/05 | 1006 | EUNICE SACHS & ASSOCIATES | DEPOSITION FEE FOR KIMBERLY SCHAEFFER | 2990-000 | | 250.00 | 5,689.76 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.87 | | 5,692.63 |
| 01/30/06 | {5} | DAIMLER CHRYSLER FINANCIAL | SETTLEMENT PER ORDER OF 2/17/06 | 1241-000 | 10,721.40 | | 16,414.03 |
| | | | Subtotals : | | $133,916.11 | $117,502.08 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 05-02829-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| --- | --- | --- | --- | --- |
| Case Name: | SANDTON DESIGNS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****77-65 - Money Market Account |
| Taxpayer ID #: | **-***1410 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/26/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | SERVICES | | | | | |
| 01/30/06 | {5} | DAIMLER CHRYSLER FINANCIAL SERVICES | SETTLEMENT PER ORDER OF 2/17/06 | 1241-000 | 17,228.60 | | 33,642.63 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.21 | | 33,645.84 |
| 02/09/06 | 1007 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2005 FOR CASE #05B-02829, Bond #016026455 | 2300-000 | | 92.98 | 33,552.86 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 17.54 | | 33,570.40 |
| 03/07/06 | {5} | DAUGHTRY/BERNAYS INC. | 1 OF 6 SETTLEMENT PAYMENTS | 1241-000 | 1,844.32 | | 35,414.72 |
| 03/13/06 | {5} | JAMES GUSTAFSON & THOMPSON, LTD. | SETTLEMENT PER ORDER OF 3/10/06 | 1241-000 | 1,500.00 | | 36,914.72 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 21.27 | | 36,935.99 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.38 | | 36,959.37 |
| 05/01/06 | {5} | REED BUSINESS INFORMATION | SETTLEMENT OF ADVERSARY PER ORDER OF 4/21/06 | 1241-000 | 2,114.80 | | 39,074.17 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.46 | | 39,100.63 |
| 06/13/06 | | ACCOUNT FUNDED: ********7720 | | 9999-000 | | 30,000.00 | 9,100.63 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.88 | | 9,114.51 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.19 | | 9,120.70 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.20 | | 9,126.90 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.80 | | 9,132.70 |
| 09/29/06 | 1008 | SIR SPEEDY | PAYMENT OF COPY CHARGES | 2990-000 | | 63.41 | 9,069.29 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.39 | | 9,075.68 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.96 | | 9,081.64 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.77 | | 9,087.41 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.06 | | 9,093.47 |
| 02/07/07 | 1009 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-02829, BOND #016026455 | 2300-000 | | 219.95 | 8,873.52 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.47 | | 8,877.99 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.74 | | 8,882.73 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.90 | | 8,887.63 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.90 | | 8,892.53 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.59 | | 8,897.12 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.06 | | 8,902.18 |
| 08/08/07 | 1010 | WILL COUNTY RECORDER | RECORDATION FEE FOR MEMORANDUM OF JUDGMENT AGAINST MIKI SON Voided on 08/08/07 | 2990-000 | | 34.75 | 8,867.43 |

Subtotals :  $22,864.49   $30,411.09

{} Asset reference(s)                                          Printed: 10/26/2011 12:05 PM    V.12.57

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 05-02829-BWB  
**Case Name:** SANDTON DESIGNS, INC.  
**Taxpayer ID #:** **-***1410  
**Period Ending:** 10/26/11

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****77-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/07 | 1010 | WILL COUNTY RECORDER | RECORDATION FEE FOR MEMORANDUM OF JUDGMENT AGAINST MIKI SON<br>Voided: check issued on 08/08/07 | 2990-000 | | -34.75 | 8,902.18 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.91 | | 8,907.09 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.43 | | 8,911.52 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.23 | | 8,916.75 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.63 | | 8,921.38 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.54 | | 8,925.92 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.08 | | 8,930.00 |
| 02/11/08 | 1011 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #05B-02829, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 164.89 | 8,765.11 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.82 | | 8,766.93 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.64 | | 8,768.57 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.22 | | 8,769.79 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.14 | | 8,770.93 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.11 | | 8,772.04 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.11 | | 8,773.15 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.04 | | 8,774.19 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.15 | | 8,775.34 |
| 10/06/08 | 1012 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT OF APPEARANCE FEE FILED IN CASE OF NATIONAL CITY VS. MIKI SON | 2990-000 | | 161.00 | 8,614.34 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.94 | | 8,615.28 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.70 | | 8,615.98 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 8,616.57 |
| 01/29/09 | {5} | DAUGHTRY/BERNAYS INC. | SETTLEMENT PAYMENT | 1241-000 | 10,000.00 | | 18,616.57 |
| 01/29/09 | {5} | DAUGHTRY/BERNAYS INC. | Reversed Deposit 100016 1 SETTLEMENT PAYMENT | 1241-000 | -10,000.00 | | 8,616.57 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 8,616.92 |
| 02/04/09 | 1013 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #05B-02829, Bond#016026455<br>Voided on 02/05/09 | 2300-000 | | ! 135.42 | 8,481.50 |
| 02/05/09 | 1013 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #05B-02829, Bond#016026455 | 2300-000 | | ! -135.42 | 8,616.92 |

Subtotals :   $40.63   $291.14

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 10/26/2011 12:05 PM    V.12.57

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 05-02829-BWB  
**Case Name:** SANDTON DESIGNS, INC.  
**Taxpayer ID #:** **-***1410  
**Period Ending:** 10/26/11

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****77-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 02/04/09 | | | | |
| 02/05/09 | 1014 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #05B-02829, BOND#016026455 | 2300-000 | | 198.70 | 8,418.22 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 8,418.54 |
| 03/23/09 | {5} | DAUGHTRY/BERNAYS INC. | SETTLEMENT PAYMENT | 1241-000 | 10,000.00 | | 18,418.54 |
| 03/23/09 | | CHASE BANK | TRANSFER OF FUNDS TO PAY INTERIM FEES | 9999-000 | | -40,000.00 | 58,418.54 |
| 03/23/09 | 1015 | Grochocinski, Grochocinski & Lloyd, Ltd. | INTERIM FEES TO COUNSEL PER ORDER OF 3/20/09 | 3110-000 | | 39,977.50 | 18,441.04 |
| 03/30/09 | {5} | DAUGHTRY/BERNAYS INC. | NSF CHECK | 1241-000 | -10,000.00 | | 8,441.04 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 8,441.83 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,442.17 |
| 05/05/09 | {5} | DAUGHTRY/BERNAYS, INC. | SETTLEMENT PAYMENT | 1241-000 | 10,000.00 | | 18,442.17 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.64 | | 18,442.81 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 18,443.61 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,444.38 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,445.15 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,445.90 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,446.65 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,447.42 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,448.19 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 18,448.91 |
| 02/05/10 | 1016 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #05-02829, BOND#016026455<br>Voided on 02/05/10 | 2300-000 | | 110.16 | 18,338.75 |
| 02/05/10 | 1016 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #05-02829, BOND#016026455<br>Voided: check issued on 02/05/10 | 2300-000 | | -110.16 | 18,448.91 |
| 02/05/10 | 1017 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #05-02829, BOND#016026455 | 2300-000 | | 110.16 | 18,338.75 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 18,339.45 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.82 | | 18,340.27 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.47 | | 18,340.74 |
| 04/20/10 | | Wire out to BNYM account | Wire out to BNYM account 9200******7765 | 9999-000 | -18,340.74 | | 0.00 |

Subtotals :    $-8,330.56    $286.36

{} Asset reference(s)

Printed: 10/26/2011 12:05 PM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 05-02829-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | SANDTON DESIGNS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****77-65 - Money Market Account |
| Taxpayer ID #: | **-***1410 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/26/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | 9200******7765 | | | | | |
| | | | ACCOUNT TOTALS | | 148,490.67 | 148,490.67 | $0.00 |
| | | | Less: Bank Transfers | | -18,340.74 | 105,000.00 | |
| | | | **Subtotal** | | **166,831.41** | **43,490.67** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$166,831.41** | **$43,490.67** | |

{} Asset reference(s)

Printed: 10/26/2011 12:05 PM    V.12.57

Exhibit B

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

**Case Number:** 05-02829-BWB  
**Case Name:** SANDTON DESIGNS, INC.

**Taxpayer ID #:** **-***1410  
**Period Ending:** 10/26/11

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****77-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/23/10 | | Transfer in from account ********7719 | Transfer in from account ********7719 | 9999-000 | 80,169.92 | | 80,169.92 |
| 04/23/10 | | Wire out to BNYM account 9200******7719 | Wire out to BNYM account 9200******7719 | 9999-000 | -80,169.92 | | 0.00 |
| 05/11/10 | | Transfer in from account ********7720 | Transfer in from account ********7720 | 9999-000 | 31,085.00 | | 31,085.00 |
| 05/11/10 | | Wire out to BNYM account 9200******7720 | Wire out to BNYM account 9200******7720 | 9999-000 | -31,085.00 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00   0.00 | $0.00 |
| Less: Bank Transfers | 0.00   0.00 | |
| **Subtotal** | 0.00   0.00 | |
| Less: Payments to Debtors | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00   $0.00** | |

{} Asset reference(s)                                                                                                                    Printed: 10/26/2011 12:05 PM    V.12.57

Exhibit B

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

**Case Number:** 05-02829-BWB  
**Case Name:** SANDTON DESIGNS, INC.  
**Taxpayer ID #:** **-***1410  
**Period Ending:** 10/26/11  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******77-19 - Trustee Investment Acct  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/23/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7766 | Wire in from JPMorgan Chase Bank, N.A. account ********7766 | 9999-000 | 80,169.92 | | 80,169.92 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0000% | 1270-000 | 1.64 | | 80,171.56 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 10.22 | | 80,181.78 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 9.88 | | 80,191.66 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 10.22 | | 80,201.88 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 10.21 | | 80,212.09 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.97 | | 80,214.06 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.04 | | 80,216.10 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.97 | | 80,218.07 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.04 | | 80,220.11 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.04 | | 80,222.15 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.84 | | 80,223.99 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.59 | | 80,224.58 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.26 | | 80,224.84 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.18 | | 80,226.02 |
| 04/06/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.32 | | 80,226.34 |
| 04/06/11 | | To Account #9200******7765 | Close TIA via TIA Rollover | 9999-000 | | 80,226.34 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **80,226.34** | **80,226.34** | **$0.00** |
| | | | Less: Bank Transfers | | 80,169.92 | 80,226.34 | |
| | | | **Subtotal** | | **56.42** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$56.42** | **$0.00** | |

{} Asset reference(s)                                                                                                       Printed: 10/26/2011 12:05 PM        V.12.57

Exhibit B

## Form 2

Page: 11

### Cash Receipts And Disbursements Record

| Case Number: | 05-02829-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | SANDTON DESIGNS, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******77-20 - Trustee Investment Acct |
| Taxpayer ID #: | **-***1410 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/26/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/11/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7766 | Wire in from JPMorgan Chase Bank, N.A. account ********7766 | 9999-000 | 31,085.00 | | 31,085.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 2.55 | | 31,087.55 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.83 | | 31,091.38 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.96 | | 31,095.34 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.96 | | 31,099.30 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 31,099.55 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 31,099.81 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 31,100.06 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 31,100.32 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 31,100.58 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 31,100.81 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 31,101.07 |
| 04/06/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.04 | | 31,101.11 |
| 04/06/11 | | To Account #9200******7765 | Close TIA via TIA Rollover | 9999-000 | | 31,101.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 31,101.11 | 31,101.11 | $0.00 |
| | | | Less: Bank Transfers | | 31,085.00 | 31,101.11 | |
| | | | **Subtotal** | | 16.11 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16.11** | **$0.00** | |

{} Asset reference(s)                                         Printed: 10/26/2011 12:05 PM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 12

| Case Number: | 05-02829-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | SANDTON DESIGNS, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******77-65 - Money Market Account |
| Taxpayer ID #: | **-***1410 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/26/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7765 | Wire in from JPMorgan Chase Bank, N.A. account ********7765 | 9999-000 | 18,340.74 | | 18,340.74 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.27 | | 18,341.01 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,341.79 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,342.54 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,343.32 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,344.10 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,344.25 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,344.40 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,344.55 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,344.70 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,344.85 |
| 02/15/11 | 11018 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #05-02829, Bond# 016026455 | 2300-000 | | 104.74 | 18,240.11 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 18,240.25 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,240.40 |
| 04/06/11 | | From Account #9200******7719 | Close TIA via TIA Rollover | 9999-000 | 80,226.34 | | 98,466.74 |
| 04/06/11 | | From Account #9200******7720 | Close TIA via TIA Rollover | 9999-000 | 31,101.11 | | 129,567.85 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.68 | | 129,570.53 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.30 | | 129,573.83 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.06 | | 129,574.89 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.10 | | 129,575.99 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 248.50 | 129,327.49 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.09 | | 129,328.58 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 301.24 | 129,027.34 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -8.88 | 129,036.22 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.06 | | 129,037.28 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 265.13 | 128,772.15 |
| | | | ACCOUNT TOTALS | | 129,682.88 | 910.73 | $128,772.15 |
| | | | Less: Bank Transfers | | 129,668.19 | 0.00 | |
| | | | Subtotal | | 14.69 | 910.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $14.69 | $910.73 | |

{} Asset reference(s)

Printed: 10/26/2011 12:05 PM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 13

| Case Number: | 05-02829-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | SANDTON DESIGNS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******77-66 - Checking Account |
| Taxpayer ID #: | **-***1410 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/26/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # ***-*****77-19 | 5,169.92 | 0.00 | 0.00 |
| TIA # ***-*****77-20 | 1,085.00 | 0.00 | 0.00 |
| MMA # ***-*****77-65 | 166,831.41 | 43,490.67 | 0.00 |
| Checking # ***-*****77-66 | 0.00 | 0.00 | 0.00 |
| TIA # 9200-******77-19 | 56.42 | 0.00 | 0.00 |
| TIA # 9200-******77-20 | 16.11 | 0.00 | 0.00 |
| MMA # 9200-******77-65 | 14.69 | 910.73 | 128,772.15 |
| Checking # 9200-******77-66 | 0.00 | 0.00 | 0.00 |
| | $173,173.55 | $44,401.40 | $128,772.15 |

{} Asset reference(s)

Printed: 10/26/2011 12:05 PM    V.12.57

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 05-02829-BWB
Case Name: SANDTON DESIGNS, INC.
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:** $ 128,772.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 128,772.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 11,908.68 | 0.00 | 11,908.68 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 14.00 | 0.00 | 14.00 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 41,215.00 | 39,977.50 | 1,237.50 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 577.13 | 0.00 | 577.13 |
| Accountant for Trustee, Fees - Alan D. Lasko | 3,317.90 | 0.00 | 3,317.90 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 57.06 | 0.00 | 57.06 |

Total to be paid for chapter 7 administration expenses: $ 17,112.27
Remaining balance: $ 111,659.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 111,659.88

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| | Total to be paid for priority claims: | $ 0.00 |
| | Remaining balance: | $ 111,659.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,100,134.42 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Selective Insurance | 2,487.00 | 0.00 | 67.73 |
| 2 | Hoyt Publishing Company | 3,974.00 | 0.00 | 108.22 |
| 3 | Orion's Creations Inc Taipei Taiwan | 4,083,562.31 | 0.00 | 111,208.57 |
| 4 | United Parcel Service | 10,111.11 | 0.00 | 275.36 |

| | | |
|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ 111,659.88 |
| | Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 27,950.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | DaimlerChrysler Financial Services | 27,950.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $            0.00
Remaining balance:                        $            0.00

**UST Form 101-7-TFR (05/1/2011)**