**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SANDTON DESIGNS, INC. § Case No. 05-02829-BWB
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S DEARBORN STREET
7TH FLOOR
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 05/11/2012 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  04/10/2012          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                              Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SANDTON DESIGNS, INC. § Case No. 05-02829-BWB
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 173,177.87 |
| *and approved disbursements of* | $ 44,512.58 |
| *leaving a balance on hand of* [1] | $ 128,665.29 |
| **Balance on hand:** | $ 128,665.29 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 128,665.29 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 11,908.68 | 0.00 | 11,908.68 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 14.00 | 0.00 | 14.00 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 41,215.00 | 39,977.50 | 1,237.50 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 577.13 | 0.00 | 577.13 |
| Accountant for Trustee, Fees - Alan D. Lasko | 3,317.90 | 0.00 | 3,317.90 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 57.06 | 0.00 | 57.06 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 17,112.27 |
| Remaining balance: | $ 111,553.02 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 111,553.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 111,553.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,100,134.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Selective Insurance | 2,487.00 | 0.00 | 67.67 |
| 2 | Hoyt Publishing Company | 3,974.00 | 0.00 | 108.12 |
| 3 | Orion's Creations Inc Taipei Taiwan | 4,083,562.31 | 0.00 | 111,102.14 |
| 4 | United Parcel Service | 10,111.11 | 0.00 | 275.09 |

Total to be paid for timely general unsecured claims: $ 111,553.02
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 27,950.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | DaimlerChrysler Financial Services | 27,950.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 05-02829-BWB
Sandton Designs Inc                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: arodarte          Page 1 of 3           Date Rcvd: Apr 11, 2012
                             Form ID: pdf006         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2012.
```
db         +Sandton Designs Inc,    122 Kirkland Circle,    Oswego, IL 60543-8726
aty        +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
8888808    +Airgas,   P.O. Box 802588,    Chicago, IL 60680-2588
8888809    +All Freight International,    P.O. Box 68663,    Seattle, WA 98168-0663
8888811     BFI Waste Services of Aurora,    PO Box 9001154,    Louisville, KY 40290-1154
8888810     Bank One,   PO Box 15153,    Wilmington, DE 19886-5153
8913445    +Bloomingdales,   attn: Debit Balance,    2101 E Kemper Rd,    Cincinnati, OH 45241-1805
8888812     CitiCorp Vendor Finance, Inc.,     PO BOX 8500-6075,    Philadelphia, PA 19178-6075
8888813    +Clint K. Eager,    541 Springbrook Trail N.,    Oswego, IL 60543-4005
8888814     Commonwealth Edison,    Bill Payment Center,    Chicago, IL 60068
8913448    +DHL Airways,   c/o James F Dunneback PC,     14535 John Humphrey Dr,    Ste 101,
             Orland Park, IL 60462-6210
10573231   +DaimlerChrysler Financial Services,    Americas, LLC,    c/o Riezman Berger PC,
             7700 Bonhomme, 7th Floor,    St. Louis, MO 63105-1960
8913446    +Darrah & Company Ltd,    Doug Heck - Sales Manager,    230 Spring St,    Suite 1818,
             Atlanta, GA 30303-1070
8913447    +Designer's Market LLC,    11900 N Sante Fe,    Oklahoma City, OK 73114-8126
8888816    +FedEx,   PO Box 94515,    Palatine, IL 60094-4515
8888817    +Horchow,   4121 Pinnacle Point,    Dallas, TX 75211-1570
8888818    +Hoyt Publishing Company,    7400 Skokie Boulevard,    Skokie, IL 60077-3339
8888819     Jarvis Chemicals & Paper Co.,     PO Box 10,   Medinah, IL 60157-0010
9004681    +Lyon Mercantile Group Ltd,    7924 W Sahara Ave,    Las Vegas, NV 89117-1990
8888820     M Power Communications,    PO Box 60767,    Los Angeles, CA 90060-0767
8888821    +Mercedes Benz Credit,    PO Box 685,    Roanoke, TX 76262-0685
8888822    +Merchandise Mart,    7186 Collection Center Dr.,    Chicago, IL 60693-0071
8888823    +Merchandise Mart Properties Inc.,    222 Merchandise Mart Plaza, Ste. 47,     Chicago, IL 60654-1083
8913449    +Mike Son,   1512 Alan Road,    Naperville, IL 60564-9666
8888824    +Minute Men of Illinois,    3750 Carnegie Ave.,    Cleveland, OH 44115
8888825     Minute Men, Inc.,    PO Box 74040,    Cleveland, OH 44194-4040
9421678    +Orion's Creations Inc Taipei Taiwan,    Daniel J Nickel Esq,    Russel G Winick & Assoc PC,
             1220 Iroquois Ave Ste 100,    Naperville, IL 60563-8581
8888827     Orion's Creations, Inc.,     6th Floor, No. 15, Lane 3,    Chien Kwo N. Road, Sec. 2,
             Taipei, Taiwan
8942723    +Reef Club,   PO Box 670283,    Houston, TX 77267-0283
8888828     Selective Insurance,    PO Box 8570,    Boston, MA 02266-8570
8888829    +Steel & Craft Leasin Co.,    1701 E. Fabyan Parkway,    West Chicago, IL 60185-9613
8888830    +Steel & Craft Leasing Co.,    C/O Dukane Properties, LLC,     330 Divisions St. Ste. D,
             Sugar Grove, IL 60554-9800
8888831    #+Talcott Communications,    20 W. Kinzie 12th Floor,    Chicago, IL 60654-5827
8888832    +U.S. Northwest Express,    1108 Tower Lane,    Bensenville, IL 60106-1028
8888833     UPS,   Lockbox 577,    Carol Stream, IL 60132-0577
8888834    +UPS World,   PO Box 34486,    Louisville, KY 40232-4486
9475757    +United Parcel Service,    c/o RMS Bankruptcy Recovery Services,    PO Box 4396,
             Timonium, Maryland 21094-4396
8888836    +Wells Fargo,   PO Box 7487,    Boise, ID 83707-1487
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
8888815      E-mail/Text: bankruptcy.cr.dept@dhl.com Apr 12 2012 01:14:18      DHL Express,   PO Box 4723,
              Houston, TX 77210-4723
8888826     +E-mail/Text: bankrup@nicor.com Apr 12 2012 00:05:25      Nicor,   PO Box 310,
              Aurora, IL 60507-0310
9079545     +E-mail/Text: Bankruptcy@selective.com Apr 12 2012 01:14:01      Selective Insurance,
              Receivable Management Unit,    40 Wantage Avenue,    Branchville, NJ 07890-0001
8888835     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Apr 12 2012 02:16:54       Verizon Wireless,
              PO Box 790406,   Saint Louis, MO 63179-0406
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
8913444    ##+Aloha-Terry,   27 W 199 Bauer Road,    Naperville, IL 60563-1299
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: arodarte            Page 2 of 3              Date Rcvd: Apr 11, 2012
                              Form ID: pdf006           Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2012**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: arodarte              Page 3 of 3                  Date Rcvd: Apr 11, 2012
                              Form ID: pdf006             Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2012 at the address(es) listed below:

```
              Arthur W Rummler     on behalf of Plaintiff   Thomas B. Sullivan, Trustee arthur.rummler@gmail.com,
               artrummler@juno.com
              Charles J Myler     on behalf of Debtor   Sandton Designs Inc cmyler@mrmlaw.com,   kmyler@mrmlaw.com
              David E Grochocinski    on behalf of Plaintiff   Thomas B. Sullivan, Trustee lawyers@ggl-law.com,
               lawyers@ggl-law.com
              David P Lloyd    on behalf of Plaintiff   Thomas B. Sullivan, Trustee dlloyd@ggl-law.com
              Kenneth S McLaughlin     on behalf of Creditor   Phoenix Design Inc kmclaughlin@mkec-law.com,
               thiggins@ekcmlawfirm.com
              Marilyn J Washburn     on behalf of Creditor   DaimlerChrysler Services North America, L.L.C.
               iln@riezmanberger.com,    reizmanberger@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Scott R Clar    on behalf of Attorney   Crane, Heyman, Simon, Welch & Clar sclar@craneheyman.com,
               mjoberhausen@craneheyman.com;asimon@craneheyman.com
              Thomas B Sullivan     tsullivan@ggl-law.com,   IL19@ecfcbis.com
                                                                                             TOTAL: 9
```