**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SANDTON DESIGNS, INC.  § Case No. 05-02829-BWB
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $195,020.08          Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $111,553.02     Claims Discharged
                                                 Without Payment: $4,016,531.40

Total Expenses of Administration: $61,624.85

3) Total gross receipts of $ 173,177.87 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $173,177.87 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 61,624.85 | 61,624.85 | 61,624.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 4,128,084.42 | 4,128,084.42 | 111,553.02 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,189,709.27 | $4,189,709.27 | $173,177.87 |

    4) This case was originally filed under Chapter 7 on January 28, 2005. The case was pending for 90 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/08/2012          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 122,886.85 |
| POSSIBLE PREFERENCES | 1241-000 | 43,409.12 |
| Interest Income | 1270-000 | 6,881.90 |
| **TOTAL GROSS RECEIPTS** | | **$173,177.87** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 11,908.68 | 11,908.68 | 11,908.68 |
| THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 14.00 | 14.00 | 14.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 41,215.00 | 41,215.00 | 41,215.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 577.13 | 577.13 | 577.13 |
| Alan D. Lasko | 3410-000 | N/A | 3,317.90 | 3,317.90 | 3,317.90 |
| Alan D. Lasko | 3420-000 | N/A | 57.06 | 57.06 | 57.06 |
| EUNICE SACHS & ASSOCIATES | 2990-000 | N/A | 690.70 | 690.70 | 690.70 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 2700-000 | N/A | 300.00 | 300.00 | 300.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 2700-000 | N/A | 500.00 | 500.00 | 500.00 |
| EUNICE SACHS & ASSOCIATES | 2990-000 | N/A | 511.38 | 511.38 | 511.38 |
| EUNICE SACHS & ASSOCIATES | 2990-000 | N/A | 250.00 | 250.00 | 250.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 92.98 | 92.98 | 92.98 |
| SIR SPEEDY | 2990-000 | N/A | 63.41 | 63.41 | 63.41 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 219.95 | 219.95 | 219.95 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 164.89 | 164.89 | 164.89 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 2990-000 | N/A | 161.00 | 161.00 | 161.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 198.70 | 198.70 | 198.70 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 110.16 | 110.16 | 110.16 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 104.74 | 104.74 | 104.74 |
| The Bank of New York Mellon | 2600-000 | N/A | 248.50 | 248.50 | 248.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 301.24 | 301.24 | 301.24 |
| The Bank of New York Mellon | 2600-000 | N/A | -8.88 | -8.88 | -8.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 265.13 | 265.13 | 265.13 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 111.18 | 111.18 | 111.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $61,624.85 | $61,624.85 | $61,624.85 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Selective Insurance | 7100-000 | N/A | 2,487.00 | 2,487.00 | 67.67 |
| 2 | Hoyt Publishing Company | 7100-000 | N/A | 3,974.00 | 3,974.00 | 108.12 |
| 3 | Orion's Creations Inc Taipei Taiwan | 7100-000 | N/A | 4,083,562.31 | 4,083,562.31 | 111,102.14 |
| 4 | United Parcel Service | 7100-000 | N/A | 10,111.11 | 10,111.11 | 275.09 |
| 5 | DaimlerChrysler Financial Services | 7200-000 | N/A | 27,950.00 | 27,950.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $4,128,084.42 | $4,128,084.42 | $111,553.02 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-02829-BWB  
**Case Name:** SANDTON DESIGNS, INC.  

**Period Ending:** 08/08/12

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 01/28/05 (f)  
**§341(a) Meeting Date:** 03/16/05  
**Claims Bar Date:** 06/22/05

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 50% CLINT EAGER - 50% MIKI SON | 0.00 | 0.00 | | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE | 500,000.00 | 500,000.00 | | 122,886.85 | FA |
| 3 | OFFICE EQUIPMENT | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 4 | MISCELLANEOUS INVENTORY | 50,000.00 | 50,000.00 | DA | 0.00 | FA |
| 5 | POSSIBLE PREFERENCES (u) | 2,000,000.00 | 2,000,000.00 | | 43,409.12 | FA |
| 6 | JUDGMENT AGAINST MIKI SON (u) | 140,020.08 | 140,020.08 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6,881.90 | FA |
| 7 | **Assets Totals** (Excluding unknown values) | **$2,695,020.08** | **$2,695,020.08** | | **$173,177.87** | **$0.00** |

**Major Activities Affecting Case Closing:**

FILED FRAUDULENT CONVEYANCE AGAINST MIKI SON; PREFERENCES AGAINST DAIMLER CHRYSLER, DAUGHTRY/BERNAYS, REED EXSEVIER AND ORION CREATIONS

FRAUDULENT CONVEYANCE PENDING AGAINST MIKI SON

JUDGMENT ENTERED AGAINST MIKI SON; MIKI SON FILED CHAPTER 7; 341 MEETING SET FOR JANUARY 24, 2008; MIKI SON TRUSTEE ATTEMPTING TO COLLECT ASSETS

FINAL REPORT SUBMITTED TO U.S. TRUSTEE'S OFFICE 12/22/11

FINAL HEARING SET FOR 5/11/12

**Initial Projected Date Of Final Report (TFR):** December 31, 2005 **Current Projected Date Of Final Report (TFR):** April 10, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 05-02829-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** SANDTON DESIGNS, INC. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****77-19 - Time Deposit Account |
| **Taxpayer ID #:** **-***1410 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/08/12 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 10/05/05 | | FUNDING ACCOUNT: ********7765 | | 9999-000 | 115,000.00 | | 115,000.00 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 89.35 | | 115,089.35 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 99.37 | | 115,188.72 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 102.77 | | 115,291.49 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 102.86 | | 115,394.35 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 92.98 | | 115,487.33 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0500% | 1270-000 | 103.03 | | 115,590.36 |
| 04/05/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 13.30 | | 115,603.66 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 106.31 | | 115,709.97 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 127.82 | | 115,837.79 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 123.84 | | 115,961.63 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 128.10 | | 116,089.73 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 128.24 | | 116,217.97 |
| 10/04/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 136.67 | | 116,354.64 |
| 04/02/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 892.79 | | 117,247.43 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 841.39 | | 118,088.82 |
| 03/27/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 919.97 | | 119,008.79 |
| 09/23/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 562.65 | | 119,571.44 |
| 03/23/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 445.53 | | 120,016.97 |
| 03/23/09 | | CHASE BANK | TRANSFER FUNDS TO PAY INTERIM FEES TO TRUSTEE'S COUNSEL PER ORDER 3/20/09 | 9999-000 | | 40,000.00 | 80,016.97 |
| 06/22/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 39.91 | | 80,056.88 |
| 09/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 39.93 | | 80,096.81 |
| 10/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 13.17 | | 80,109.98 |
| 11/20/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.58 | | 80,116.56 |
| 12/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.21 | | 80,126.77 |
| 01/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 13.17 | | 80,139.94 |
| 02/19/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.88 | | 80,149.82 |
| 03/22/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.22 | | 80,160.04 |
| 04/21/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.88 | | 80,169.92 |
| 04/23/10 | | Transfer out to account ********7766 | Transfer out to account ********7766 | 9999-000 | -80,169.92 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 40,000.00 | 40,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 34,830.08 | 40,000.00 | |
| | | | **Subtotal** | | 5,169.92 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,169.92** | **$0.00** | |

{} Asset reference(s)

Printed: 08/08/2012 09:39 AM    V.13.02

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 05-02829-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | SANDTON DESIGNS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****77-20 - Time Deposit Account |
| Taxpayer ID #: | **-***1410 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/08/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/06 | | FUNDING ACCOUNT: ********7765 | | 9999-000 | 30,000.00 | | 30,000.00 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 22.20 | | 30,022.20 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 38.27 | | 30,060.47 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 38.32 | | 30,098.79 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 35.89 | | 30,134.68 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 38.42 | | 30,173.10 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 37.22 | | 30,210.32 |
| 12/12/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 14.90 | | 30,225.22 |
| 01/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 41.78 | | 30,267.00 |
| 02/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 39.87 | | 30,306.87 |
| 03/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 36.06 | | 30,342.93 |
| 04/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 39.97 | | 30,382.90 |
| 05/14/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 38.73 | | 30,421.63 |
| 06/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 40.07 | | 30,461.70 |
| 07/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 34.46 | | 30,496.16 |
| 08/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 37.58 | | 30,533.74 |
| 09/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 37.63 | | 30,571.37 |
| 10/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 36.45 | | 30,607.82 |
| 11/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 37.72 | | 30,645.54 |
| 12/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 36.54 | | 30,682.08 |
| 06/09/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2800% | 1270-000 | 194.29 | | 30,876.37 |
| 12/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6700% | 1270-000 | 102.18 | | 30,978.55 |
| 06/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 63.55 | | 31,042.10 |
| 07/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.83 | | 31,045.93 |
| 08/07/09 | Int | JP MORGAN CHASE BANK | Interest Earned | 1270-000 | 3.83 | | 31,049.76 |
| 09/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.08 | | 31,053.84 |
| 10/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.83 | | 31,057.67 |
| 11/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.09 | | 31,061.76 |
| 12/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.82 | | 31,065.58 |
| 01/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.84 | | 31,069.42 |
| 02/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.95 | | 31,073.37 |
| 03/10/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.83 | | 31,077.20 |
| 04/09/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.84 | | 31,081.04 |
| 05/10/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.96 | | 31,085.00 |
| 05/11/10 | | Transfer out to account ********7766 | Transfer out to account ********7766 | 9999-000 | -31,085.00 | | 0.00 |

Subtotals :    $0.00    $0.00

{} Asset reference(s)          Printed: 08/08/2012 09:39 AM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 05-02829-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | SANDTON DESIGNS, INC. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****77-20 - Time Deposit Account |
| **Taxpayer ID #:** | **-***1410 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 08/08/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -1,085.00 | 0.00 | |
| | | | **Subtotal** | | 1,085.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,085.00** | **$0.00** | |

{} Asset reference(s)                                                                                              Printed: 08/08/2012 09:39 AM   V.13.02

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 05-02829-BWB  
**Case Name:** SANDTON DESIGNS, INC.  

**Taxpayer ID #:** **-***1410  
**Period Ending:** 08/08/12  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****77-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/05 | {2} | SANDTON DESIGNS, INC. | ACCOUNTS RECEIVABLE FROM HARRIS BANK | 1121-000 | 99,254.87 | | 99,254.87 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 18.75 | | 99,273.62 |
| 03/15/05 | {2} | STEIN MART | ACCOUNT RECEIVABLE | 1121-000 | 105.00 | | 99,378.62 |
| 03/15/05 | {2} | STEIN MART | ACCOUNT RECEIVABLE | 1121-000 | 172.00 | | 99,550.62 |
| 03/15/05 | {2} | STEIN MART | ACCOUNT RECEIVABLE | 1121-000 | 26.00 | | 99,576.62 |
| 03/15/05 | {2} | THEO'S MARKETPLACE, INC. | ACCOUNT RECEIVABLE | 1121-000 | 191.90 | | 99,768.52 |
| 03/15/05 | {2} | LYON COLLECTION SERVICES, INC. | ACCOUNT RECEIVABLE | 1121-000 | 517.06 | | 100,285.58 |
| 03/15/05 | {2} | HILL COUNTRY FURNITURE PARTNERS, LTD. | ACCOUNT RECEIVABLE | 1121-000 | 105.59 | | 100,391.17 |
| 03/15/05 | {2} | FLORAL SUPPLY MART, INC. | ACCOUNT RECEIVABLE | 1121-000 | 1,852.97 | | 102,244.14 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 29.94 | | 102,274.08 |
| 04/19/05 | {2} | CEI | A/R | 1121-000 | 542.58 | | 102,816.66 |
| 04/19/05 | {2} | LYON COLLECTION SERVICES, INC. | A/R | 1121-000 | 300.00 | | 103,116.66 |
| 04/19/05 | {2} | TREES N TRENDS, INC. | A/R | 1121-000 | 19,818.88 | | 122,935.54 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 31.41 | | 122,966.95 |
| 05/19/05 | 1001 | EUNICE SACHS & ASSOCIATES | DEPOSITION TRANSCRIPT OF CLINT EGAN | 2990-000 | | 690.70 | 122,276.25 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 36.51 | | 122,312.76 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 39.05 | | 122,351.81 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 42.41 | | 122,394.22 |
| 08/25/05 | 1002 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT OF ADVERSARY FILING FEES (ELECTRONICALLY) | 2700-000 | | 300.00 | 122,094.22 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 46.78 | | 122,141.00 |
| 09/22/05 | 1003 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT FOR ADVERSARY FILING FEE | 2700-000 | | 250.00 | 121,891.00 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 48.03 | | 121,939.03 |
| 10/05/05 | | ACCOUNT FUNDED: ********7719 | | 9999-000 | | 115,000.00 | 6,939.03 |
| 10/20/05 | 1004 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT FOR TWO (2) ADVERSARY FILING FEES | 2700-000 | | 500.00 | 6,439.03 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 9.26 | | 6,448.29 |
| 11/14/05 | 1005 | EUNICE SACHS & ASSOCIATES | DEPOSITION OF DEBBIE POULOPOULOS | 2990-000 | | 511.38 | 5,936.91 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 2.85 | | 5,939.76 |
| 12/01/05 | 1006 | EUNICE SACHS & ASSOCIATES | DEPOSITION FEE FOR KIMBERLY SCHAEFFER | 2990-000 | | 250.00 | 5,689.76 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.87 | | 5,692.63 |

Subtotals : $123,194.71    $117,502.08

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 05-02829-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | SANDTON DESIGNS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*77-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*1410 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/08/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/06 | {5} | DAIMLER CHRYSLER FINANCIAL SERVICES | SETTLEMENT PER ORDER OF 2/17/06 | 1241-000 | 10,721.40 | | 16,414.03 |
| 01/30/06 | {5} | DAIMLER CHRYSLER FINANCIAL SERVICES | SETTLEMENT PER ORDER OF 2/17/06 | 1241-000 | 17,228.60 | | 33,642.63 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.21 | | 33,645.84 |
| 02/09/06 | 1007 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2005 FOR CASE #05B-02829, Bond #016026455 | 2300-000 | | 92.98 | 33,552.86 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 17.54 | | 33,570.40 |
| 03/07/06 | {5} | DAUGHTRY/BERNAYS INC. | 1 OF 6 SETTLEMENT PAYMENTS | 1241-000 | 1,844.32 | | 35,414.72 |
| 03/13/06 | {5} | JAMES GUSTAFSON & THOMPSON, LTD. | SETTLEMENT PER ORDER OF 3/10/06 | 1241-000 | 1,500.00 | | 36,914.72 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 21.27 | | 36,935.99 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.38 | | 36,959.37 |
| 05/01/06 | {5} | REED BUSINESS INFORMATION | SETTLEMENT OF ADVERSARY PER ORDER OF 4/21/06 | 1241-000 | 2,114.80 | | 39,074.17 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.46 | | 39,100.63 |
| 06/13/06 | | ACCOUNT FUNDED: \*\*\*\*\*\*\*\*7720 | | 9999-000 | | 30,000.00 | 9,100.63 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.88 | | 9,114.51 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.19 | | 9,120.70 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.20 | | 9,126.90 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.80 | | 9,132.70 |
| 09/29/06 | 1008 | SIR SPEEDY | PAYMENT OF COPY CHARGES | 2990-000 | | 63.41 | 9,069.29 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.39 | | 9,075.68 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.96 | | 9,081.64 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.77 | | 9,087.41 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.06 | | 9,093.47 |
| 02/07/07 | 1009 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-02829, BOND #016026455 | 2300-000 | | 219.95 | 8,873.52 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.47 | | 8,877.99 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.74 | | 8,882.73 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.90 | | 8,887.63 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.90 | | 8,892.53 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.59 | | 8,897.12 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.06 | | 8,902.18 |
| 08/08/07 | 1010 | WILL COUNTY RECORDER | RECORDATION FEE FOR MEMORANDUM | 2990-000 | | 34.75 | 8,867.43 |

Subtotals :    $33,585.89    $30,411.09

{} Asset reference(s)    Printed: 08/08/2012 09:39 AM    V.13.02

## Form 2

### Cash Receipts And Disbursements Record

Page: 6

| **Case Number:** | 05-02829-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | SANDTON DESIGNS, INC. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****77-65 - Money Market Account |
| **Taxpayer ID #:** | **-***1410 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 08/08/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | OF JUDGMENT AGAINST MIKI SON Voided on 08/08/07 | | | | |
| 08/08/07 | 1010 | WILL COUNTY RECORDER | RECORDATION FEE FOR MEMORANDUM OF JUDGMENT AGAINST MIKI SON Voided: check issued on 08/08/07 | 2990-000 | | -34.75 | 8,902.18 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.91 | | 8,907.09 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.43 | | 8,911.52 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.23 | | 8,916.75 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.63 | | 8,921.38 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.54 | | 8,925.92 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.08 | | 8,930.00 |
| 02/11/08 | 1011 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #05B-02829, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 164.89 | 8,765.11 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.82 | | 8,766.93 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.64 | | 8,768.57 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.22 | | 8,769.79 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.14 | | 8,770.93 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.11 | | 8,772.04 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.11 | | 8,773.15 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.04 | | 8,774.19 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.15 | | 8,775.34 |
| 10/06/08 | 1012 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT OF APPEARANCE FEE FILED IN CASE OF NATIONAL CITY VS. MIKI SON | 2990-000 | | 161.00 | 8,614.34 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.94 | | 8,615.28 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.70 | | 8,615.98 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 8,616.57 |
| 01/29/09 | {5} | DAUGHTRY/BERNAYS INC. | SETTLEMENT PAYMENT | 1241-000 | 10,000.00 | | 18,616.57 |
| 01/29/09 | {5} | DAUGHTRY/BERNAYS INC. | Reversed Deposit 100016 1 SETTLEMENT PAYMENT | 1241-000 | -10,000.00 | | 8,616.57 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 8,616.92 |
| 02/04/09 | 1013 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #05B-02829, Bond#016026455 Voided on 02/05/09 | 2300-000 | | ! 135.42 | 8,481.50 |
| 02/05/09 | 1013 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | ! -135.42 | 8,616.92 |

Subtotals :  $40.63   $291.14

{} Asset reference(s)       !-Not printed or not transmitted              Printed: 08/08/2012 09:39 AM   V.13.02

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 05-02829-BWB  
**Case Name:** SANDTON DESIGNS, INC.  

**Taxpayer ID #:** **-***1410  
**Period Ending:** 08/08/12  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****77-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 12/31/2008 FOR CASE #05B-02829, Bond#016026455<br>Voided: check issued on 02/04/09 | | | | |
| 02/05/09 | 1014 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #05B-02829, BOND#016026455 | 2300-000 | | 198.70 | 8,418.22 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 8,418.54 |
| 03/23/09 | {5} | DAUGHTRY/BERNAYS INC. | SETTLEMENT PAYMENT | 1241-000 | 10,000.00 | | 18,418.54 |
| 03/23/09 | | CHASE BANK | TRANSFER OF FUNDS TO PAY INTERIM FEES | 9999-000 | | -40,000.00 | 58,418.54 |
| 03/23/09 | 1015 | Grochocinski, Grochocinski & Lloyd, Ltd. | INTERIM FEES TO COUNSEL PER ORDER OF 3/20/09 | 3110-000 | | 39,977.50 | 18,441.04 |
| 03/30/09 | {5} | DAUGHTRY/BERNAYS INC. | NSF CHECK | 1241-000 | -10,000.00 | | 8,441.04 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 8,441.83 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,442.17 |
| 05/05/09 | {5} | DAUGHTRY/BERNAYS, INC. | SETTLEMENT PAYMENT | 1241-000 | 10,000.00 | | 18,442.17 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.64 | | 18,442.81 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 18,443.61 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,444.38 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,445.15 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,445.90 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,446.65 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,447.42 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,448.19 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 18,448.91 |
| 02/05/10 | 1016 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #05-02829, BOND#016026455<br>Voided on 02/05/10 | 2300-000 | | 110.16 | 18,338.75 |
| 02/05/10 | 1016 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #05-02829, BOND#016026455<br>Voided: check issued on 02/05/10 | 2300-000 | | -110.16 | 18,448.91 |
| 02/05/10 | 1017 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #05-02829, BOND#016026455 | 2300-000 | | 110.16 | 18,338.75 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 18,339.45 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.82 | | 18,340.27 |

Subtotals:  $10,009.71    $286.36

{} Asset reference(s)

Printed: 08/08/2012 09:39 AM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 05-02829-BWB  
**Case Name:** SANDTON DESIGNS, INC.

**Taxpayer ID #:** **-***1410  
**Period Ending:** 08/08/12

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****77-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.47 | | 18,340.74 |
| 04/20/10 | | Wire out to BNYM account 9200******7765 | Wire out to BNYM account 9200******7765 | 9999-000 | -18,340.74 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 148,490.67 | 148,490.67 | $0.00 |
| | | | Less: Bank Transfers | | -18,340.74 | 105,000.00 | |
| | | | **Subtotal** | | 166,831.41 | 43,490.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$166,831.41** | **$43,490.67** | |

{} Asset reference(s)

Printed: 08/08/2012 09:39 AM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

| Case Number: | 05-02829-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | SANDTON DESIGNS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****77-66 - Checking Account |
| Taxpayer ID #: | **-***1410 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/08/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/23/10 | | Transfer in from account ********7719 | Transfer in from account ********7719 | 9999-000 | 80,169.92 | | 80,169.92 |
| 04/23/10 | | Wire out to BNYM account 9200******7719 | Wire out to BNYM account 9200******7719 | 9999-000 | -80,169.92 | | 0.00 |
| 05/11/10 | | Transfer in from account ********7720 | Transfer in from account ********7720 | 9999-000 | 31,085.00 | | 31,085.00 |
| 05/11/10 | | Wire out to BNYM account 9200******7720 | Wire out to BNYM account 9200******7720 | 9999-000 | -31,085.00 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 10

**Case Number:** 05-02829-BWB  
**Case Name:** SANDTON DESIGNS, INC.  

**Taxpayer ID #:** **-***1410  
**Period Ending:** 08/08/12  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******77-19 - Trustee Investment Acct  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/23/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7766 | Wire in from JPMorgan Chase Bank, N.A. account ********7766 | 9999-000 | 80,169.92 | | 80,169.92 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0000% | 1270-000 | 1.64 | | 80,171.56 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 10.22 | | 80,181.78 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 9.88 | | 80,191.66 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 10.22 | | 80,201.88 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 10.21 | | 80,212.09 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.97 | | 80,214.06 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.04 | | 80,216.10 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.97 | | 80,218.07 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.04 | | 80,220.11 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.04 | | 80,222.15 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.84 | | 80,223.99 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 0.59 | | 80,224.58 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 0.26 | | 80,224.84 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.18 | | 80,226.02 |
| 04/06/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0000% | 1270-000 | 0.32 | | 80,226.34 |
| 04/06/11 | | To Account #9200******7765 | Close TIA via TIA Rollover | 9999-000 | | 80,226.34 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 80,226.34 | 80,226.34 | **$0.00** |
| | | | Less: Bank Transfers | | 80,169.92 | 80,226.34 | |
| | | | **Subtotal** | | **56.42** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$56.42** | **$0.00** | |

{} Asset reference(s)                                                                                                             Printed: 08/08/2012 09:39 AM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 11

| Case Number: | 05-02829-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | SANDTON DESIGNS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******77-20 - Trustee Investment Acct |
| Taxpayer ID #: | **-***1410 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/08/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 05/11/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7766 | Wire in from JPMorgan Chase Bank, N.A. account ********7766 | 9999-000 | 31,085.00 | | 31,085.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 2.55 | | 31,087.55 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.83 | | 31,091.38 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.96 | | 31,095.34 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.96 | | 31,099.30 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 31,099.55 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 31,099.81 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 31,100.06 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 31,100.32 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 31,100.58 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 31,100.81 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 31,101.07 |
| 04/06/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.04 | | 31,101.11 |
| 04/06/11 | | To Account #9200******7765 | Close TIA via TIA Rollover | 9999-000 | | 31,101.11 | 0.00 |
| | | | ACCOUNT TOTALS | | 31,101.11 | 31,101.11 | $0.00 |
| | | | Less: Bank Transfers | | 31,085.00 | 31,101.11 | |
| | | | Subtotal | | 16.11 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $16.11 | $0.00 | |

{} Asset reference(s)                                                                                                     Printed: 08/08/2012 09:39 AM    V.13.02

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 12

**Case Number:** 05-02829-BWB
**Case Name:** SANDTON DESIGNS, INC.
**Taxpayer ID #:** **-***1410
**Period Ending:** 08/08/12

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******77-65 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7765 | Wire in from JPMorgan Chase Bank, N.A. account ********7765 | 9999-000 | 18,340.74 | | 18,340.74 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.27 | | 18,341.01 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,341.79 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,342.54 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,343.32 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,344.10 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,344.25 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,344.40 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,344.55 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,344.70 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,344.85 |
| 02/15/11 | 11018 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #05-02829, Bond# 016026455 | 2300-000 | | 104.74 | 18,240.11 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 18,240.25 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,240.40 |
| 04/06/11 | | From Account #9200******7719 | Close TIA via TIA Rollover | 9999-000 | 80,226.34 | | 98,466.74 |
| 04/06/11 | | From Account #9200******7720 | Close TIA via TIA Rollover | 9999-000 | 31,101.11 | | 129,567.85 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.68 | | 129,570.53 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.30 | | 129,573.83 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.06 | | 129,574.89 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.10 | | 129,575.99 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 248.50 | 129,327.49 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.09 | | 129,328.58 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 301.24 | 129,027.34 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -8.88 | 129,036.22 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.06 | | 129,037.28 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 265.13 | 128,772.15 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.09 | | 128,773.24 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.05 | | 128,774.29 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.09 | | 128,775.38 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.09 | | 128,776.47 |
| 02/14/12 | 11019 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #05-02829, BOND#016026455/Feb 1, 2012 | 2300-000 | | 111.18 | 128,665.29 |

Subtotals :   $129,687.20   $1,021.91

{} Asset reference(s)

Printed: 08/08/2012 09:39 AM   V.13.02

Exhibit 9

# Form 2

Page: 13

## Cash Receipts And Disbursements Record

**Case Number:** 05-02829-BWB  
**Case Name:** SANDTON DESIGNS, INC.  

**Taxpayer ID #:** **-***1410  
**Period Ending:** 08/08/12

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******77-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | thru Feb 1, 2013 | | | | |
| 05/15/12 | 11020 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $11,908.68, Trustee Compensation;  Reference: | 2100-000 | | 11,908.68 | 116,756.61 |
| 05/15/12 | 11021 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $14.00, Trustee Expenses;  Reference: | 2200-000 | | 14.00 | 116,742.61 |
| 05/15/12 | 11022 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $41,215.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,237.50 | 115,505.11 |
| 05/15/12 | 11023 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $577.13, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 577.13 | 114,927.98 |
| 05/15/12 | 11024 | Alan D. Lasko | Dividend paid 100.00% on $3,317.90, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,317.90 | 111,610.08 |
| 05/15/12 | 11025 | Alan D. Lasko | Dividend paid 100.00% on $57.06, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 57.06 | 111,553.02 |
| 05/15/12 | 11026 | Selective Insurance | Dividend paid   2.72% on $2,487.00; Claim# 1; Filed: $2,487.00; Reference: | 7100-000 | | 67.67 | 111,485.35 |
| 05/15/12 | 11027 | Hoyt Publishing Company | Dividend paid   2.72% on $3,974.00; Claim# 2; Filed: $3,974.00; Reference: | 7100-000 | | 108.12 | 111,377.23 |
| 05/15/12 | 11028 | Orion's Creations Inc Taipei Taiwan | Dividend paid   2.72% on $4,083,562.31; Claim# 3; Filed: $4,083,562.31; Reference: | 7100-000 | | 111,102.14 | 275.09 |
| 05/15/12 | 11029 | United Parcel Service | Dividend paid   2.72% on $10,111.11; Claim# 4; Filed: $10,111.11; Reference: | 7100-000 | | 275.09 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 129,687.20 | 129,687.20 | $0.00 |
| Less: Bank Transfers | 129,668.19 | 0.00 | |
| Subtotal | 19.01 | 129,687.20 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $19.01 | $129,687.20 | |

{} Asset reference(s)

Printed: 08/08/2012 09:39 AM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 14

| | |
|---|---|
| **Case Number:** 05-02829-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** SANDTON DESIGNS, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******77-66 - Checking Account |
| **Taxpayer ID #:** **-***1410 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/08/12 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # ***-*****77-19 | 5,169.92 | 0.00 | 0.00 |
| TIA # ***-*****77-20 | 1,085.00 | 0.00 | 0.00 |
| MMA # ***-*****77-65 | 166,831.41 | 43,490.67 | 0.00 |
| Checking # ***-*****77-66 | 0.00 | 0.00 | 0.00 |
| TIA # 9200-******77-19 | 56.42 | 0.00 | 0.00 |
| TIA # 9200-******77-20 | 16.11 | 0.00 | 0.00 |
| Checking # 9200-******77-65 | 19.01 | 129,687.20 | 0.00 |
| Checking # 9200-******77-66 | 0.00 | 0.00 | 0.00 |
| | **$173,177.87** | **$173,177.87** | **$0.00** |

{} Asset reference(s)     Printed: 08/08/2012 09:39 AM     V.13.02